M.D. Appeal Dkt.
54 MAP 2019

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 39 MAL 2019

                Respondent  :

                          :  Petition for Allowance of Appeal from
                          :  the Order of the Superior Court

                v.           :

                          :

TRISTAN STAHLEY,  :

                          :

                Petitioner  :

## ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of July, 2019, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, rephrased for clarity, are:

(1)    Did the Superior Court err in concluding that *Commonwealth v. Batts*, 163 A.3d 410 (Pa. 2017), did not announce a substantive rule of law, as that concept was refined in *Montgomery v. Louisiana*, 136 S. Ct. 718 (2016), or a watershed procedural rule?

(2)    Did the trial court fail to consider Stahley's rehabilitative potential and many of the "hallmark features" of youth, as required by *Miller v. Alabama*, 567 U.S. 460 (2012), rendering his sentence of life without the possibility of parole illegal?